Julius S. Neale, Plaintiff, v. Archie Parks et al., Defendants.

Elizabeth Druggan, Counter-Plaintiff, v. Julius S. Neale and Archie Parks, Counter-Defendants. Appeal of Bernard W. Vinissky, Appellant.

**Gen. No. 44,586.** ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Bernard W. Vinissky, *pro se;* Martin G. Loeff, of counsel; Francis M. Lowes, for appellee; Francis M. Cooper, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed November 1, 1949; released for publication November 23, 1949.

Philadelphia and Reading Coal and Iron Company, Appellee, v. Calumet Shipyard and Dry Dock Company, Appellant.

**Gen. No. 44,448.** ▮▮▮▮▮▮▮▮▮▮

Robert Branand, Jr., Frederick A. Thulin, and Irving G. Brown, for appellant; Martin, Ullmann & Brown, for appellee; Henry T. Martin and Bruce E. Brown, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed November 1, 1949; rehearing denied November 23, 1949; released for publication November 23, 1949.

## Robert Fechtner, Minor, by Herman Fechtner, Father and Next Friend, Appellant, v. George Vanderwall, Appellee.

### Gen. No. 44,718.

Joseph D. Ryan, Louis P. Miller, Louis G. Davidson, and Arthur Ryan, for appellant; Barrett, Barrett, Costello & Barrett, for appellee; Edward Wolfe and Sidney Glick, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed November 16, 1949; released for publication December 14, 1949.

## Village of Skokie, Defendant in Error, v. William Schramm, Plaintiff in Error.

### Gen. No. 44,760.